El Pueblo, apelado, *v.* Alejandro Olivera Medina, apelante.

No. 2249.—*Resuelto:* Marzo 24, 1925. (La opinión del tribunal en la pág. 42.)

OPINIÓN CONCURRENTE DEL JUEZ ASOCIADO SR. WOLF.

El proceso en este caso fué iniciado por virtud de una acusación presentada en la Corte de Distrito de los Estados Unidos para Puerto Rico por virtud de una acusación formulada por Ira K. Wells, Fiscal de la Corte de Distrito de los Estados Unidos para Puerto Rico. No consta exactamente cómo fué que esta acusación de tal modo presentada se estaba tramitando en la Corte de Distrito de Ponce. Ninguna de las leyes del Congreso que he visto prescriben los medios o reglas para el cambio del lugar del juicio o traslado de la Corte de Distrito de los Estados Unidos a una corte local aun cuando las cortes locales tienen por la ley de septiembre 21, 1922, jurisdicción concurrente con la Corte de Distrito de los Estados Unidos. Como el caso fué iniciado, según parece, en la Corte de Distrito de los Estados Unidos, era ésa la corte con jurisdicción. Ciertamente que

la jurisdicción de la Corte de Distrito de Ponce nunca fué debidamente invocada y el acusado debió haber sido absuelto.